DAVID R. ZARO (BAR NO. 124334)
REBECCA G. GUNDZIK (BAR NO. 138446)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        rgundzik@allenmatkins.com

Attorneys for Defendants
HSBC Bank, USA, N.A., and Mortgage Electronic
Registration Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LONNIE WALL, an individual, | Case No. CV12-6311-JAK(SPx) |
| Plaintiff, | [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS HSBC BANK, USA, N.A., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |
| vs. | |
| HSBC BANK USA, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; a Delaware Corporation; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1-10, inclusive, | Complaint Filed: July 23, 2012 |
| Defendants. | |

## [PROPOSED] JUDGMENT

On June 14, 2013, the Court granted the motion to dismiss the second amended complaint of plaintiff Lonnie Wall ("Wall" or "Plaintiff") made by defendants HSBC Bank, USA, N.A. ("HSBC") and Mortgage Electronic

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

962482.01/LA

[PROPOSED] JUDGMENT
Case No. CV12-6311 JAK(SPx)

Registration Systems, Inc. ("MERS") (collectively "Defendants"), with prejudice (the "Motion").

Having granted the Motion, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

(1) Judgment is entered in favor of Defendants and against Wall;

(2) Wall shall take nothing by way of this lawsuit against Defendants; and

(3) Defendants are awarded their costs of suit, pursuant to a memorandum of costs.

Dated: _____    _____
Hon. John A. Kronstadt

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP
962482.01/LA

[PROPOSED] JUDGMENT
Case No. CV12-6311 JAK(SPx)