DAVID R. ZARO (BAR NO. 124334)
REBECCA G. GUNDZIK (BAR NO. 138446)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        rgundzik@allenmatkins.com

Attorneys for Defendants
HSBC Bank, USA, N.A., and Mortgage Electronic
Registration Systems, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LONNIE WALL, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HSBC BANK USA, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; a Delaware Corporation; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV12-6311-JAK (SPx)<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FRCP 12(B)(6) BY DEFENDANTS HSBC BANK, USA, N.A., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>Date:　June 17, 2013<br>Time:　8:30 a.m.<br>Ctrm:　Courtroom 750<br>　　　　255 East Temple Street<br>　　　　Los Angeles, California 90012<br>Judge:　Hon. John J. Kronstadt<br><br>Complaint Filed: July 23, 2012 |

　　The Court has read and considered the pleadings and papers filed in support of the motion to dismiss the second amended complaint by defendants HSBC Bank, USA, N.A. ("HSBC"), and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively "Defendants"), as well as the papers filed by plaintiff

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

962475.01/LA

Case No. CV12-6311 JAK (SPx)
[PROPOSED] ORDER

Lonnie Wall ("Wall") in opposition to Defendants' motion to dismiss the second amended complaint.

Good cause appears for the requested relief. The Court finds that the second amended complaint must be dismissed, with prejudice, as against Defendants HSBC and MERS on the following grounds:

1. The Motion is granted, and the entire action is dismissed with prejudice.

2. The claims asserted in the second amended complaint are barred by the doctrine of judicial estoppel.

3. All causes of action fail to state a claim against which relief may be granted against Defendants.

4. Wall's first cause of action for violation of 15 U.S.C. § 1641(g) fails to state a claim against Defendants pursuant to FRCP 12(b)(6).

5. Wall's second cause of action for violation of California Business and Professions Code §§ 17200 and 17500 fails to state a claim against Defendants pursuant to FRCP 12(b)(6).

6. Wall's third cause of action for wrongful foreclosure and to set aside trustee's sale fails to state a claim against Defendants pursuant to FRCP 12(b)(6).

7. Wall's fourth cause of action to void or cancel trustee's deed upon sale fails to state a claim against Defendants pursuant to FRCP 12(b)(6).

8. Wall's fifth cause of action for quiet title fails to state a claim against Defendants pursuant to FRCP 12(b)(6).

1     9.     Wall's sixth cause of action for breach of contract fails to state a claim against Defendants pursuant to FRCP 12(b)(6).

IT IS SO ORDERED.

Dated: _____        _____
                                                    Hon. John A. Kronstadt

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

962475.01/LA

Case No. CV12-6311 JAK (SPx)
[PROPOSED] ORDER

-3-