UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LONNIE WALL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; a Delaware Corporation; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV12-6311-JAK(SPx)<br><br>JUDGMENT IN FAVOR OF DEFENDANTS HSBC BANK, USA, N.A., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>JS-6<br><br>Complaint Filed: July 23, 2012 |

### **JUDGMENT**

On June 14, 2013, the Court granted the motion to dismiss the second amended complaint of plaintiff Lonnie Wall ("Wall" or "Plaintiff") made by defendants HSBC Bank, USA, N.A. ("HSBC") and Mortgage Electronic

1  Registration Systems, Inc. ("MERS") (collectively "Defendants"), with prejudice
2  (the "Motion").

3  Having granted the Motion, **IT IS HEREBY ORDERED, ADJUDGED**
4  **AND DECREED** that:

5  (1) Judgment is entered in favor of Defendants and against Wall;
6  (2) Wall shall take nothing by way of this lawsuit against Defendants; and
7  (3) Defendants are awarded their costs of suit, which they may seek
8  pursuant to a bill of costs. Upon the submission of the bill of costs,
9  Plaintiffs may seek to tax those costs claimed, if any, that Plaintiffs
10 contend cannot be recovered.

14 Dated: June 25, 2013

_____
Hon. John A. Kronstadt

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**
962482.01/LA

JUDGMENT
Case No. CV12-6311 JAK(SPx)